United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT CRUMMEY and CHERYL CRUMMEY, § § § | |
| Plaintiffs, § § | |
| v. § § | CIVIL ACTION NO. H-15-0980 |
| UNITED STATES OF AMERICA, JP MORGAN CHASE BANK, N.A., and GREEN TREE SERVICING LLC, § § § § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order dated August 12, 2016,[1] the court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **31st** day of August, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum, Recommendation, and Order.