United States District Court
Southern District of Texas
**ENTERED**
July 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT CRUMMEY, and CHERYL CRUMMEY, | § § § |
| Plaintiffs, | § § |
| v. | § Civil Action No. H-15-980 § § |
| UNITED STATES OF AMERICA, | § § |
| Defendant. | § |

## **MEMORANDUM AND RECOMMENDATION**

On July 14, 2017, Plaintiffs informed the court that they no longer wished to pursue their claims for damages arising under 26 U.S.C. §§ 6103, 7431(a)(1), and 7433(a)(Counts 7-9).

It is therefore **RECOMMENDED** that Counts 7, 8, and 9 of Plaintiffs' Amended Complaint be dismissed.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers

of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** in Houston, Texas, this 24th day of July, 2017.

_____
NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE