United States District Court
Southern District of Texas
**ENTERED**
August 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT CRUMMEY, and CHERYL CRUMMEY, § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. H-15-980 |
| § § | |
| UNITED STATES OF AMERICA, § § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND ORDER OF DISMISSAL

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, Counts 7, 8, and 9 of Plaintiffs' Amended Complaint are **DISMISSED**.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 15th day of August, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE