IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT CRUMMEY and CHERYL CRUMMEY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-0980 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation. No party has objected to the Memorandum and Recommendation, and the court concludes that the Memorandum and Recommendation should be adopted.

It is therefore **ORDERED** that the Memorandum and Recommendation is **ADOPTED**.

The joint pretrial order must be filed by **Thursday, November 2, 2017**. Plaintiffs are responsible for the timely filing of the complete joint pretrial order. The court will not accept separate versions of the pretrial order.

The parties are hereby directed to appear for Docket Call on **Thursday, November 9, 2017**, at 3:00 p.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston,

Texas. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed. Given the age of this case, it is extremely unlikely that any continuances of these dates will be granted.

**SIGNED** at Houston, Texas, this 26th day of September, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE